# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5331
_____

Z.T., mother of E.L.F., II and
Z.A.T., minor children,

Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

July 5, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

W. Douglas White, Northwest Florida Legal Services, Inc., Pensacola, and Jennifer Barbookles, Tampa, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee.

David P. Krupski, Guardian ad Litem Program, Sanford, for Guardian ad Litem Program.